## NATHAN RIGHTMIRE, RESPONDENT, *v.* ANSON M. KIM-BALL, APPELLANT.

*Appeal from judgment in Justice's Court—fees of justice—payment of by third person.*

A judgment was recovered against one James L. Rightmire, before the defendant as a justice of the peace, for $11.40 damages and $5.55 costs. Plaintiff in this action, on behalf James L. Rightmire, served upon the defendant's wife a notice of appeal, and left with her seven dollars, supposed to be enough to pay the costs and the justice's return fee, to be applied to those purposes. As it was insufficient, the defendant, upon the expiration of the time to appeal, applied the money to the payment of the judgment.

This action was brought to recover back the money so paid. *Held,* that the money,

---

* Whitbeck v. N. Y. C. R. R. Co., 36 Barb., 644; Sedg. on Dam., 630.

when paid to the justice, became the property of James L. Rightmire, and was no longer the property of the plaintiff, and that he could not maintain this action.

APPEAL from a judgment of the County Court, reversing a judgment in favor of the defendant recovered in Justice's Court.

*A. McDowell,* for the appellant.

*Chas. D. Nixon,* for the respondent.

Opinion by BOARDMAN, J.

Present — MILLER, P. J., BOARDMAN and BOOKES, JJ.

Judgment of the County Court, reversed, and that of the justice affirmed, with costs.